# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Clarence Antwaine Adans,

       Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	3:08cv573

USA,

       Defendant(s).


DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/17/08 Order.


       Signed: December 17, 2008

       *Frank G. Johns*

       Frank G. Johns, Clerk
       United States District Court